| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>Denise Carlon Esquire<br>KML Law Group, P.C.<br>701 Market Street, Suite 5000<br>Philadelphia, PA 19106<br>Main Number: (215) 627-1322<br>dcarlon@kmllawgroup.com<br>Attorneys for Lakeview Loan Servicing, LLC | |
| In Re:<br>Vivian V. Velasquez<br>Luis A. Caraballo-Castillo<br><br>                                Debtor(s). | Case No: 25-10090 MBK<br><br>Chapter: 7<br><br>Judge: Michael B. Kaplan |

## NOTICE OF APPEARANCE

Please take notice that in accordance with Fed R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of Lakeview Loan Servicing, LLC. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:

701 Market Street, Suite 5000
Philadelphia, PA 19106

DOCUMENTS:

☒   All notices entered pursuant to Fed. R. Bankr. P. 2002.
☒ All documents and pleadings of any nature.

Date: 01/13/2025

/s/ *Denise Carlon*
Denise Carlon
13 Jan 2025, 16:20:58, EST
**KML Law Group, P.C.**
701 Market Street, Suite 5000
Philadelphia, PA 19106
201-549-2363
FAX: (215) 627-7734
Attorney for Creditor

*new 8/1/15*

Document ID: 3b714aee531632783d07c97c874e079134b5e28a80fe8b86b07c320ae305edce