UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

THE KELLY FIRM, PC
Coast Capital Building
1011 Highway 71, Suite 200
Spring Lake, New Jersey 07762-2030
(732) 449-0525
Attorneys for Bunce Atkinson, Chapter 7 Trustee

---

In Re:

VIVIAN V. VELASQUEZ and LUIS A. CARABALLO-CASTILLO,,

Debtors.

Case No: 25-10090

Judge: Michael B. Kaplan

Order Filed on April 1, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

CONSENT ORDER EXTENDING THE TIME TO OBJECT TO DEBTORS'
CLAIMED EXEMPTIONS and EXTENDING TIME TO OBJECT TO DISCHARGE

The relief set forth on the following pages, numbered two (2) through (2)    is hereby **ORDERED**.

**DATED: April 1, 2025**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Page 2
Debtors: Vivian V. Velasquez and Luis A. Caraballo-Castillo
Case No. 25-10090/MBK
Caption: Consent Order Extending Time to Object to Debtors' Claimed Exemptions and Extending time to Object to Discharge

**THIS MATTER**, being opened to the Court by Edward Nathan Vaisman, Esquire, attorney for Debtors ("Debtors' Attorney") seeking entry of an order extending the time of the Trustee to object to Debtors' claimed exemptions and extending time to object to discharge, and Bunce Atkinson, Chapter 7 Trustee, having consented hereto and good cause having been shown it is hereby;

**ORDERED** that the time for Trustee to object to Debtors' claimed exemptions is hereby extended to a date sixty days after the date of Debtors' Section 341(a) First Meeting of Creditors, up to and including June 28, 2025; and it is further,

**ORDERED** that the time for objections to Discharge in this case is hereby extended to a date sixty days after the date of Debtors' Section 341(a) meeting of creditors, up to and including June 28, 2025.

I hereby Consent to entry of the
foregoing Order Extending time to
Object to Debtor's Claimed Exemptions

/s/Bunce D. Atkinson
Bunce D. Atkinson, Esq.
Chapter 7 Trustee

/s/Edward Vaisman
Edward Nathan Vaisman, Esquire
Attorney for Debtors, Vivian V. Velasquez and
Luis A. Caraballo-Castillo