Certificate Number: 16339-NJ-DE-039254488

Bankruptcy Case Number: 25-10090



16339-NJ-DE-039254488

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on January 18, 2025, at 11:12 o'clock PM EST, Vivian Velasquez completed a course on personal financial management given by internet by Second Bankruptcy Course, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of New Jersey.

Date:   January 18, 2025           By:   /s/Kelley Tipton

                                   Name: Kelley Tipton

                                   Title: Certified Financial Counselor

Certificate Number: 16339-NJ-DE-039513077

Bankruptcy Case Number: 25-10090



16339-NJ-DE-039513077

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>April 2, 2025</u>, at <u>8:38</u> o'clock <u>PM EDT</u>, <u>Luis Caraballo-Castillo</u> completed a course on personal financial management given <u>by internet</u> by <u>Second Bankruptcy Course, LLC</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>District of New Jersey</u>.

Date:   April 2, 2025

By:   /s/Kelley Tipton

Name:   Kelley Tipton

Title:   Certified Financial Counselor