UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

THE KELLY FIRM, PC
Coast Capital Building
1011 Highway 71, Suite 200
Spring Lake, New Jersey 07762-2030
(732) 449-0525
Attorneys for Bunce Atkinson, Chapter 7 Trustee

---

**Order Filed on April 1, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

| In Re: | Case No: 25-10090 |
|---|---|
| VIVIAN V. VELASQUEZ and LUIS A. CARABALLO-CASTILLO,, | Judge: Michael B. Kaplan |
| Debtors. | |

CONSENT ORDER EXTENDING THE TIME TO OBJECT TO DEBTORS'
CLAIMED EXEMPTIONS and EXTENDING TIME TO OBJECT TO DISCHARGE

The relief set forth on the following pages, numbered two (2) through (2)    is
hereby **ORDERED**.

**DATED: April 1, 2025**

_Michael B. Kaplan_
Honorable Michael B. Kaplan
United States Bankruptcy Judge

Page 2
Debtors:            Vivian V. Velasquez and Luis A. Caraballo-Castillo
Case No.           25-10090/MBK
Caption:           Consent Order Extending Time to Object to Debtors' Claimed Exemptions and
                   Extending time to Object to Discharge


**THIS MATTER**, being opened to the Court by Edward Nathan Vaisman, Esquire, attorney for Debtors ("Debtors'

Attorney") seeking entry of an order extending the time of the Trustee to object to Debtors' claimed exemptions and extending time to

object to discharge, and Bunce Atkinson, Chapter 7 Trustee, having consented hereto and good cause having been shown it is hereby;

**ORDERED** that the time for Trustee to object to Debtors' claimed exemptions is hereby extended to a date sixty days after

the date of Debtors' Section 341(a) First Meeting of Creditors, up to and including June 28, 2025; and it is further,

**ORDERED** that the time for objections to Discharge in this case is hereby extended to a date sixty days after the date of

Debtors' Section 341(a) meeting of creditors, up to and including June 28, 2025.


I hereby Consent to entry of the
foregoing Order Extending time to
Object to Debtor's Claimed Exemptions

 /s/Bunce D. Atkinson
Bunce D. Atkinson, Esq.
Chapter 7 Trustee



 /s/Edward Vaisman
Edward Nathan Vaisman, Esquire
Attorney for Debtors, Vivian V. Velasquez and
Luis A. Caraballo-Castillo

United States Bankruptcy Court

District of New Jersey

In re:                                                                              Case No. 25-10090-MBK

Vivian V. Velasquez                                                         Chapter 7

Luis A. Caraballo-Castillo

    Debtors

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 2 |
| Date Rcvd: Apr 01, 2025 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol      Definition**

+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
             regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 03, 2025:**

**Recip ID                 Recipient Name and Address**
db/jdb              +   Vivian V. Velasquez, Luis A. Caraballo-Castillo, 615 Decatur Avenue, Middlesex, NJ 08846-2324

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a
preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities
in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and
belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the
complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains
the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 03, 2025                        Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 1, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Bunce Atkinson | |
| | on behalf of Trustee Bunce Atkinson bunceatkinson@aol.com NJ09@ecfcbis.com,maraujo@atkinsondebartolo.org,atkinson@remote7solutions.com |
| Bunce Atkinson | |
| | bunceatkinson@aol.com  NJ09@ecfcbis.com,maraujo@atkinsondebartolo.org,atkinson@remote7solutions.com |
| Denise E. Carlon | |
| | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Edward Nathan Vaisman | |
| | on behalf of Debtor Vivian V. Velasquez vaismanlaw@gmail.com g20495@notify.cincompass.com;vaisman.edwardb128387@notify.bestcase.com |
| Edward Nathan Vaisman | |
| | on behalf of Joint Debtor Luis A. Caraballo-Castillo vaismanlaw@gmail.com g20495@notify.cincompass.com;vaisman.edwardb128387@notify.bestcase.com |

U.S. Trustee
                    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 6