UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:     VIVIAN V. VELASQUEZ
LUIS A. CARABALLO-CASTILLO

Case No.: 25-10090
Chapter: 7
Judge: MBK

## NOTICE OF PROPOSED ABANDONMENT

__Bunce D. Atkinson__, __Chapter 7 Trustee__ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk: Clarkson S. Fisher US Courthouse
402 East State Street
Trenton, NJ 08608

If an objection is filed, a hearing will be held before the Honorable __Michael B. Kaplan__ on __June 5, 2025__ at __10__ a.m. at the United States Bankruptcy Court, Courtroom no. __8__. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property: 615 Decatur Ave
Middlesex, NJ
Value - $455,000.00

Liens on property: Flagstar Bank
$285,729.00

Amount of equity claimed as exempt: $55,800.00

Objections must be served on, and requests for additional information directed to:

Name: Bunce D. Atkinson, Chapter 7 Trustee
Address: 1011 Highway 71, Suite 200 Spring Lake, NJ 07762-2030
Telephone No.: (732) 449-0525

rev.8/1/15

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 25-10090-MBK
Vivian V. Velasquez  Chapter 7
Luis A. Caraballo-Castillo
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3  User: admin  Page 1 of 4
Date Rcvd: Apr 30, 2025  Form ID: pdf905  Total Noticed: 50

The following symbols are used throughout this certificate:
**Symbol  Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 02, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Vivian V. Velasquez, Luis A. Caraballo-Castillo, 615 Decatur Avenue, Middlesex, NJ 08846-2324 |
| 520503695 | + | Dr. Anthony Tanious, 1636 Stelton rd, Piscataway, NJ 08854-5343 |
| 520503702 | | Internal Revenue Service, Centralized Insolvency Operation PO Box, Philadelphia, PA 19101-7346 |
| 520503714 | | Td Bank, N.A., Greenville, SC 29607 |
| 520503718 | + | University Radiology Group, 75 Veronica ave, Somerset, NJ 08873-5002 |
| 520503707 | + | new jersey department of treasury, Division of taxation, pob 281, Trenton, NJ 08695-0281 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Apr 30 2025 20:45:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Apr 30 2025 20:45:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520503676 | | Email/PDF: AffirmBKNotifications@resurgent.com | Apr 30 2025 20:55:41 | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 520503675 | | Email/PDF: AffirmBKNotifications@resurgent.com | Apr 30 2025 20:56:02 | Affirm, Inc., 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 520503678 | | Email/PDF: bncnotices@becket-lee.com | Apr 30 2025 20:56:02 | Amex, Correspondence/Bankruptcy, PO Box 981535, El Paso, TX 79998-1535 |
| 520503677 | | Email/PDF: bncnotices@becket-lee.com | Apr 30 2025 20:55:52 | Amex, PO Box 981537, El Paso, TX 79998-1537 |
| 520503687 | | Email/Text: BKPT@cfna.com | Apr 30 2025 20:44:00 | CFNA, Attn: Bankruptcy, PO Box 81315, Cleveland, OH 44181-0315 |
| 520503686 | | Email/Text: BKPT@cfna.com | Apr 30 2025 20:44:00 | CFNA, PO Box 81315, Cleveland, OH 44181-0315 |
| 520503680 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 30 2025 20:55:53 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 520503679 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 30 2025 20:56:01 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 520503682 | | Email/PDF: acg.coaf.ebn@aisinfo.com | Apr 30 2025 20:56:06 | Capital One Auto Finance, Attn: Bankruptcy, 7933 Preston Rd, Plano, TX 75024-2302 |
| 520503681 | | Email/PDF: acg.coaf.ebn@aisinfo.com | Apr 30 2025 20:55:41 | Capital One Auto Finance, Credit, Bureau DISPUTE, Plano, TX 75025 |
| 520507373 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Apr 30 2025 20:55:39 | Capital One Auto Finance, a division of, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |

| Recipient ID | Delivery Method | Date/Time | Party |
|---|---|---|---|
| 520503683 | Email/Text: bnc-thebureaus@quantum3group.com | Apr 30 2025 20:45:00 | Capital One National Associat, 650 Dundee Rd, Northbrook, IL 60062-2747 |
| 520503684 | + Email/Text: bankruptcy@cavps.com | Apr 30 2025 20:46:00 | Cavalry Portfolio Serv, 1 American Ln, Greenwich, CT 06831-2563 |
| 520503685 | Email/Text: bankruptcy@cavps.com | Apr 30 2025 20:46:00 | Cavalry Portfolio Services, Attn: Bankruptcy, 1 American Ln, Ste 220, Greenwich, CT 06831-2563 |
| 520503688 | Email/Text: bankruptcy@cavps.com | Apr 30 2025 20:46:00 | Citibank, 1 American Ln, Greenwich, CT 06831-2560 |
| 520503689 | ^ MEBN | Apr 30 2025 20:41:18 | Citibank N.A., 120 Corporate Blvd, Norfolk, VA 23502-4952 |
| 520503690 | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Apr 30 2025 20:45:00 | Dept of Education/Neln, PO Box 82561, Lincoln, NE 68501-2561 |
| 520503691 | Email/Text: mrdiscen@discover.com | Apr 30 2025 20:44:00 | Discover Financial, PO Box 30939, Salt Lake City, UT 84130-0939 |
| 520503692 | Email/Text: mrdiscen@discover.com | Apr 30 2025 20:44:00 | Discover Financial, Attn: Bankruptcy, PO Box 3025, New Albany, OH 43054-3025 |
| 520503694 | Email/Text: dplbk@discover.com | Apr 30 2025 20:46:00 | Discover Personal Loans, Attn: Bankruptcy, PO Box 30954, Salt Lake City, UT 84130-0954 |
| 520503693 | Email/Text: dplbk@discover.com | Apr 30 2025 20:46:00 | Discover Personal Loans, PO Box 30954, Salt Lake City, UT 84130-0954 |
| 520503697 | Email/Text: servicingmailhub@flagstar.com | Apr 30 2025 20:46:00 | Flagstar Bank, Attn: Bankruptcy, 5151 Corporate Dr, Troy, MI 48098-2639 |
| 520503696 | Email/Text: servicingmailhub@flagstar.com | Apr 30 2025 20:46:00 | Flagstar Bank, 5151 Corporate Dr, Troy, MI 48098-2639 |
| 520503699 | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Apr 30 2025 20:44:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, PO Box 70379, Philadelphia, PA 19176-0379 |
| 520503698 | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Apr 30 2025 20:44:00 | Goldman Sachs Bank USA, PO Box 6112, Philadelphia, PA 19115-6112 |
| 520503700 | Email/Text: sb_jira_integration@happymoney.com | Apr 30 2025 20:44:00 | Happy Money, 21515 Hawthorne Blvd, Torrance, CA 90503-6501 |
| 520503701 | Email/Text: sb_jira_integration@happymoney.com | Apr 30 2025 20:44:00 | Happy Money, Attn: Bankruptcy, 21515 Hawthorne Blvd, Ste 200, Torrance, CA 90503-6512 |
| 520503703 | Email/PDF: ais.chase.ebn@aisinfo.com | Apr 30 2025 20:55:51 | Jpmcb, PO Box 15369, Wilmington, DE 19850-5369 |
| 520503704 | Email/PDF: ais.chase.ebn@aisinfo.com | Apr 30 2025 20:55:35 | Jpmcb, MailCode LA4-7100, 700 Kansas Ln, Monroe, LA 71203-4774 |
| 520503706 | + Email/Text: Documentfiling@lciinc.com | Apr 30 2025 20:44:00 | Lending Club, Attn: Bankruptcy, 595 Market St, San Francisco, CA 94105-5839 |
| 520503705 | + Email/Text: Documentfiling@lciinc.com | Apr 30 2025 20:44:00 | Lending Club, 595 Market St, San Francisco, CA 94105-5839 |
| 520503708 | + Email/Text: nys.dtf.bncnotice@tax.ny.gov | Apr 30 2025 20:46:00 | New York State - Taxation & Finance Depa, W.A. Harriman Campus, Albany, NY 12227-0001 |
| 520503710 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 30 2025 20:55:51 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Blvd, Norfolk, VA 23502-4952 |
| 520503709 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 30 2025 20:55:52 | Portfolio Recov Assoc, 120 Corporate Blvd, Norfolk, VA 23502-4952 |
| 520503711 | + Email/Text: rwjebn@rwjbh.org | Apr 30 2025 20:46:00 | Robert Wood Johnson Hospital, 110 Rehill ave, Somerset, NJ 08876-2519 |

Case 25-10090-MBK    Doc 21    Filed 05/02/25    Entered 05/03/25 00:14:25    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0312-3 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Apr 30, 2025 | Form ID: pdf905 | Total Noticed: 50 |

| | | | |
|---|---|---|---|
| 520503713 | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 30 2025 20:56:06 | Synchrony Bank/Gap, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 520503712 + | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 30 2025 20:55:48 | Synchrony Bank/Gap, PO Box 71727, Philadelphia, PA 19176-1727 |
| 520503715 | Email/Text: bankruptcy@td.com | Apr 30 2025 20:45:00 | Td Bank, N.A., Attn: Bankruptcy, 1701 Marlton Pike E, Cherry Hill, NJ 08003-2390 |
| 520503716 + | Email/Text: bnc-thebureaus@quantum3group.com | Apr 30 2025 20:45:00 | The Bureaus Inc, 650 Dundee Rd, Northbrook, IL 60062-2757 |
| 520503717 | Email/Text: bnc-thebureaus@quantum3group.com | Apr 30 2025 20:45:00 | The Bureaus Inc, Attn: Bankruptcy, 650 Dundee Rd, Ste 370, Northbrook, IL 60062-2757 |
| 520503720 | Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | Apr 30 2025 20:55:51 | Wells Fargo Bank NA, Attn: Bankruptcy, 1 Home Campus, MAC X2303-01A FL 3, Des Moines, IA 50328-0001 |
| 520503719 | Email/PDF: BankruptcynoticesExceptions@wellsfargo.com | Apr 30 2025 20:55:41 | Wells Fargo Bank NA, PO Box 393, Minneapolis, MN 55480-0393 |

TOTAL: 44

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 02, 2025            Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 29, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Bunce Atkinson | on behalf of Trustee Bunce Atkinson bunceatkinson@aol.com NJ09@ecfcbis.com,maraujo@atkinsondebartolo.org,atkinson@remote7solutions.com |
| Bunce Atkinson | bunceatkinson@aol.com NJ09@ecfcbis.com,maraujo@atkinsondebartolo.org,atkinson@remote7solutions.com |
| Denise E. Carlon | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Edward Nathan Vaisman | on behalf of Debtor Vivian V. Velasquez vaismanlaw@gmail.com g20495@notify.cincompass.com;vaisman.edwardb128387@notify.bestcase.com |
| Edward Nathan Vaisman | on behalf of Joint Debtor Luis A. Caraballo-Castillo vaismanlaw@gmail.com g20495@notify.cincompass.com;vaisman.edwardb128387@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

District/off: 0312-3 User: admin Page 4 of 4
Date Rcvd: Apr 30, 2025 Form ID: pdf905 Total Noticed: 50

TOTAL: 6