Form loccrtno – loccrtnov27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

        Case No.:  25–10090–MBK
        Chapter:  7
        Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Vivian V. Velasquez<br>615 Decatur Avenue<br>Middlesex, NJ 08846 | Luis A. Caraballo–Castillo<br>615 Decatur Avenue<br>Middlesex, NJ 08846 |

Social Security No.:
  xxx–xx–9875                                                 xxx–xx–1883

Employer's Tax I.D. No.:

**CERTIFICATION OF NO OBJECTION**

     I <u>Michelle M. Fogleman</u> , Deputy Clerk hereby certify that there have been no objections filed relative to the Notice of Proposed Abandonment:

Description of Property (if applicable):

615 Decatur Ave, Middlesex, NJ.

Dated: May 30, 2025
JAN: mmf

                                                                  Jeanne Naughton
                                                                  Clerk