**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Vivian V. Velasquez | Social Security number or ITIN  xxx–xx–9875 |
| | First Name    Middle Name    Last Name | EIN  _ _ – _ _ _ _ _ _ _ |
| Debtor 2 | Luis A. Caraballo–Castillo | Social Security number or ITIN  xxx–xx–1883 |
| (Spouse, if filing) | First Name    Middle Name    Last Name | EIN  _ _ – _ _ _ _ _ _ _ |
| United States Bankruptcy Court    District of New Jersey | | |
| Case number:  25–10090–MBK | | |

# Order of Discharge                                                                                             12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Vivian V. Velasquez                                           Luis A. Caraballo–Castillo

7/3/25                                                        **By the court:** Michael B. Kaplan
                                                                             United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318                          **Order of Discharge**                                    page 1

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re: | Case No. 25-10090-MBK |
| Vivian V. Velasquez | Chapter 7 |
| Luis A. Caraballo-Castillo | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 4 |
| Date Rcvd: Jul 03, 2025 | Form ID: 318 | Total Noticed: 50 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 05, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Vivian V. Velasquez, Luis A. Caraballo-Castillo, 615 Decatur Avenue, Middlesex, NJ 08846-2324 |
| 520503695 | + | Dr. Anthony Tanious, 1636 Stelton rd, Piscataway, NJ 08854-5343 |
| 520503714 | | Td Bank, N.A., Greenville, SC 29607 |
| 520503718 | + | University Radiology Group, 75 Veronica ave, Somerset, NJ 08873-5002 |
| 520503707 | + | new jersey department of treasury, Division of taxation, pob 281, Trenton, NJ 08695-0281 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: usanj.njbankr@usdoj.gov | Jul 03 2025 20:39:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 03 2025 20:39:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520503676 | Email/PDF: AffirmBKNotifications@resurgent.com | Jul 03 2025 20:59:42 | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 520503675 | Email/PDF: AffirmBKNotifications@resurgent.com | Jul 03 2025 20:59:42 | Affirm, Inc., 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 520503678 | Email/PDF: bncnotices@becket-lee.com | Jul 03 2025 20:59:36 | Amex, Correspondence/Bankruptcy, PO Box 981535, El Paso, TX 79998-1535 |
| 520503677 | Email/PDF: bncnotices@becket-lee.com | Jul 03 2025 20:44:59 | Amex, PO Box 981537, El Paso, TX 79998-1537 |
| 520503687 | EDI: CRFRSTNA.COM | Jul 04 2025 00:24:00 | CFNA, Attn: Bankruptcy, PO Box 81315, Cleveland, OH 44181-0315 |
| 520503686 | EDI: CRFRSTNA.COM | Jul 04 2025 00:24:00 | CFNA, PO Box 81315, Cleveland, OH 44181-0315 |
| 520503680 | EDI: CAPITALONE.COM | Jul 04 2025 00:24:00 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 520503679 | EDI: CAPITALONE.COM | Jul 04 2025 00:24:00 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 520503682 | EDI: CAPONEAUTO.COM | Jul 04 2025 00:27:00 | Capital One Auto Finance, Attn: Bankruptcy, 7933 Preston Rd, Plano, TX 75024-2302 |
| 520503681 | EDI: CAPONEAUTO.COM | Jul 04 2025 00:27:00 | Capital One Auto Finance, Credit, Bureau DISPUTE, Plano, TX 75025 |
| 520507373 | + EDI: AISACG.COM | Jul 04 2025 00:27:00 | Capital One Auto Finance, a division of, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520503683 | EDI: Q3GTBI | | |

| Notice ID | Type | Delivery Info | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Jul 04 2025 00:24:00 | Capital One National Associat, 650 Dundee Rd, Northbrook, IL 60062-2747 |
| 520503684 | + | Email/Text: bankruptcy@cavps.com | Jul 03 2025 20:39:00 | Cavalry Portfolio Serv, 1 American Ln, Greenwich, CT 06831-2563 |
| 520503685 | | Email/Text: bankruptcy@cavps.com | Jul 03 2025 20:39:00 | Cavalry Portfolio Services, Attn: Bankruptcy, 1 American Ln, Ste 220, Greenwich, CT 06831-2563 |
| 520503688 | | Email/Text: bankruptcy@cavps.com | Jul 03 2025 20:39:00 | Citibank, 1 American Ln, Greenwich, CT 06831-2560 |
| 520503689 | ^ | MEBN | Jul 03 2025 20:35:44 | Citibank N.A., 120 Corporate Blvd, Norfolk, VA 23502-4952 |
| 520503690 | | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Jul 03 2025 20:39:00 | Dept of Education/Neln, PO Box 82561, Lincoln, NE 68501-2561 |
| 520503691 | | EDI: DISCOVER | Jul 04 2025 00:24:00 | Discover Financial, PO Box 30939, Salt Lake City, UT 84130-0939 |
| 520503692 | | EDI: DISCOVER | Jul 04 2025 00:24:00 | Discover Financial, Attn: Bankruptcy, PO Box 3025, New Albany, OH 43054-3025 |
| 520503694 | | EDI: DISCOVERPL | Jul 04 2025 00:27:00 | Discover Personal Loans, Attn: Bankruptcy, PO Box 30954, Salt Lake City, UT 84130-0954 |
| 520503693 | | EDI: DISCOVERPL | Jul 04 2025 00:27:00 | Discover Personal Loans, PO Box 30954, Salt Lake City, UT 84130-0954 |
| 520503697 | | Email/Text: nsm_bk_notices@mrcooper.com | Jul 03 2025 20:38:00 | Flagstar Bank, Attn: Bankruptcy, 5151 Corporate Dr, Troy, MI 48098-2639 |
| 520503696 | | Email/Text: nsm_bk_notices@mrcooper.com | Jul 03 2025 20:38:00 | Flagstar Bank, 5151 Corporate Dr, Troy, MI 48098-2639 |
| 520503699 | | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Jul 03 2025 20:38:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, PO Box 70379, Philadelphia, PA 19176-0379 |
| 520503698 | | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Jul 03 2025 20:38:00 | Goldman Sachs Bank USA, PO Box 6112, Philadelphia, PA 19115-6112 |
| 520503700 | | Email/Text: sb_jira_integration@happymoney.com | Jul 03 2025 20:37:00 | Happy Money, 21515 Hawthorne Blvd, Torrance, CA 90503-6501 |
| 520503701 | | Email/Text: sb_jira_integration@happymoney.com | Jul 03 2025 20:37:00 | Happy Money, Attn: Bankruptcy, 21515 Hawthorne Blvd, Ste 200, Torrance, CA 90503-6512 |
| 520503702 | | EDI: IRS.COM | Jul 04 2025 00:24:00 | Internal Revenue Service, Centralized Insolvency Operation PO Box, Philadelphia, PA 19101-7346 |
| 520503703 | | EDI: JPMORGANCHASE | Jul 04 2025 00:24:00 | Jpmcb, PO Box 15369, Wilmington, DE 19850-5369 |
| 520503704 | | EDI: JPMORGANCHASE | Jul 04 2025 00:24:00 | Jpmcb, MailCode LA4-7100, 700 Kansas Ln, Monroe, LA 71203-4774 |
| 520503706 | + | EDI: LENDNGCLUB | Jul 04 2025 00:24:00 | Lending Club, Attn: Bankruptcy, 595 Market St, San Francisco, CA 94105-5839 |
| 520503705 | + | EDI: LENDNGCLUB | Jul 04 2025 00:24:00 | Lending Club, 595 Market St, San Francisco, CA 94105-5839 |
| 520503708 | + | Email/Text: nys.dtf.bncnotice@tax.ny.gov | Jul 03 2025 20:39:00 | New York State - Taxation & Finance Depa, W.A. Harriman Campus, Albany, NY 12227-0001 |
| 520503710 | | EDI: PRA.COM | Jul 04 2025 00:27:00 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Blvd, Norfolk, VA 23502-4952 |
| 520503709 | | EDI: PRA.COM | Jul 04 2025 00:27:00 | Portfolio Recov Assoc, 120 Corporate Blvd, Norfolk, VA 23502-4952 |
| 520503711 | + | Email/Text: rwjebn@rwjbh.org | | |

| | | | |
|---|---|---|---|
| | | Jul 03 2025 20:39:00 | Robert Wood Johnson Hospital, 110 Rehill ave, Somerset, NJ 08876-2519 |
| 520503713 | EDI: SYNC | Jul 04 2025 00:24:00 | Synchrony Bank/Gap, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 520503712 | + EDI: SYNC | Jul 04 2025 00:24:00 | Synchrony Bank/Gap, PO Box 71727, Philadelphia, PA 19176-1727 |
| 520503715 | + EDI: TDBANKNORTH.COM | Jul 04 2025 00:27:00 | Td Bank, N.A., Attn: Bankruptcy, 1701 Marlton Pike E, Cherry Hill, NJ 08003-2390 |
| 520503716 | + EDI: Q3GTBI | Jul 04 2025 00:24:00 | The Bureaus Inc, 650 Dundee Rd, Northbrook, IL 60062-2757 |
| 520503717 | EDI: Q3GTBI | Jul 04 2025 00:24:00 | The Bureaus Inc, Attn: Bankruptcy, 650 Dundee Rd, Ste 370, Northbrook, IL 60062-2757 |
| 520503720 | Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | Jul 03 2025 20:59:43 | Wells Fargo Bank NA, Attn: Bankruptcy, 1 Home Campus, MAC X2303-01A FL 3, Des Moines, IA 50328-0001 |
| 520503719 | Email/PDF: BankruptcynoticesExceptions@wellsfargo.com | Jul 03 2025 20:59:15 | Wells Fargo Bank NA, PO Box 393, Minneapolis, MN 55480-0393 |

TOTAL: 45

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 05, 2025        Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 3, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Bunce Atkinson | on behalf of Trustee Bunce Atkinson bunceatkinson@aol.com NJ09@ecfcbis.com,maraujo@atkinsondebartolo.org,atkinson@remote7solutions.com |
| Bunce Atkinson | bunceatkinson@aol.com NJ09@ecfcbis.com,maraujo@atkinsondebartolo.org,atkinson@remote7solutions.com |
| Denise E. Carlon | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Edward Nathan Vaisman | on behalf of Debtor Vivian V. Velasquez vaismanlaw@gmail.com g20495@notify.cincompass.com;vaisman.edwardb128387@notify.bestcase.com |
| Edward Nathan Vaisman | on behalf of Joint Debtor Luis A. Caraballo-Castillo vaismanlaw@gmail.com g20495@notify.cincompass.com;vaisman.edwardb128387@notify.bestcase.com |

District/off: 0312-3 User: admin Page 4 of 4
Date Rcvd: Jul 03, 2025 Form ID: 318 Total Noticed: 50

U.S. Trustee
                    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 6